IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
SMALL CLAIMS DIVISION

HECTOR CADERON JR,

    Plaintiff,

v.                                                                            Case No.:

PHOENIX FINANCIAL SERVICES LLC AND
PALMS WEST HOSPITAL LIMITED
PARTNERSHIP

    Defendants.
_____/

## COMPLAINT

### INTRODUCTION

1. This is an action for damages brought by Plaintiff, HECTOR CALDERON, ("Plaintiff" hereinafter) an individual consumer against the Defendants, PALMS WEST HOSPITAL LIMITED PARTNERSHIP ("PALMS" hereinafter) and PHOENIX FINANCIAL SERVICES LLC ("PHOENIX" hereinafter) for violations of the Florida Consumer Collection Practices Act, §559.72, et seq., Fla. St. (hereinafter referred to as "FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq., (hereinafter referred to as "FDCPA") which both prohibit collectors of consumer debt from engaging in abusive, deceptive, and unfair debt collection practices.

2. This is a complaint for damages, which are more than $500.00, but which do not exceed $2,500.00 exclusive of costs, interest, and attorney's fees.

3. Venue in this county is proper as the conduct complained of occurred in Palm Beach County, Florida and is in compliance with §559.77(1), Fla. St.

4. This Court has subject matter jurisdiction over the allegations herein pursuant to §34.01(1)(c), Fla. St. and 15 U.S.C. §1692k(d).

5. This Court has personal jurisdiction over PALMS as they are a medical provider doing business in the State of Florida and the transaction which led to the alleged debt as described herein occurred in the State of Florida.

6. This Court has personal jurisdiction over PHOENIX as they are a debt collector registered to collect consumer debts in the State of Florida, and, at all times material to the allegations herein, was attempting to collect a consumer debt from Plaintiff, a resident of the State of Florida.

## FACTUAL ALLEGATIONS

7. Plaintiff suffered an industrial accident arising out of and in the course and scope of Plaintiff's employment with Impact Staff Leasing LLC in the State of Florida on May 27, 2020.

8. Plaintiff is entitled to receive workers' compensation benefits pursuant to Chapter 440, Fla. St., including but not limited to medical care and treatment for Plaintiff's work-related injuries. See §440.13, Fla. St.

9. The identified workers' compensation insurance carrier is NEXT LEVEL ADMINISTRATORS, LLC (hereinafter referred to as "Carrier").

10. Plaintiff received emergency medical treatment or services from PALMS on June 19, 2020 while at Palms West Hospital, for compensable work-related injuries caused by Plaintiff's work accident on May 27, 2020.

11. While at Palm West Hospital, Plaintiff notified all medical staff that he was there seeking treatment for his work-related injuries that he sustained on May 27, 2020.

12. On or around May 4, 2021 Plaintiff received a bill from PALMS demanding that Plaintiff pay $1,337.36 for services rendered on June 19, 2020 at Palms West Hospital. A copy of the bill Plaintiff received from PALMS is attached as Exhibit "A."

13. It is undisputed that PALMS had actual knowledge that Plaintiff was financially insulated from payment under workers comp, because PALMS listed the workers compensation insurance Carrier on the face of the bill. See Exhibit "A."

*Complaint*
*Page 2 of 5*

14. Plaintiff has reason to believe that he received multiple other bills from PALMS demanding that he pay $1,337.36.

15. On or around May 24, 2021 Plaintiff received a bill from PHOENIX, demanding that Plaintiff pay $1,422.00 for services rendered by Preservation Park Emergency Physicians at Palms West Hospital on June 19, 2020. A copy of the bill sent by PHOENIX is attached as Exhibit "B."

16. Whether or not PHOENIX in fact had such knowledge of the fact that Plaintiff did not owe the alleged debt prior to billing Plaintiff, the FDCPA is considered a strict liability statute wherein knowledge is used only to determine the degree of a defendant's culpability, for the purposes of computing damages.

17. It is clear that PHOENIX did not conduct a reasonable investigation into determining whether Plaintiff actually owed this debt, because had they conducted a reasonable investigation, they would have learned that the Carrier was the responsible party for this bill.

18. Plaintiff is under information and belief that the amount sought to be collected by Defendants from Plaintiff is excessive in violation of the workers' compensation statutory fee schedule.

19. Plaintiff is not responsible for payment of any treatment related to her workers compensation case pursuant to workers comp law which states in part, "A health care provider may not collect or receive a fee from an injured employee within this state, except as otherwise provided by this chapter. Such providers have recourse against the employer or carrier for payment for services rendered in accordance with this chapter." See §440.13(13)(a), Fla. Stat.

20. The debts that Defendants tried to collect from Plaintiff are automatically deemed illegitimate debts pursuant to workers comp law. Davis v. Sheridan Healthcare, Inc., 2D17-1790, 2019 WL 5198669 (Fla. 2d Dist. App. Oct. 16, 2019)

21. Plaintiff is under information and belief that the amounts sought to be collected by Defendants from Plaintiff are excessive in violation of the workers' compensation statutory fee schedule. See §440.13(13)(a), Fla. St.

## COUNT I
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. Plaintiff incorporates the above paragraphs as if fully re-stated herein.

23. The acts and omissions of PALMS and its employees and agents as outlined herein constitute a violation of the FCCPA with respect to Plaintiff. These actions by PALMS's employees and agents were done in service to PALMS and these employees and agents were at all times supervised and under the apparent control of PALMS. As such, PALMS is vicariously liable under the Doctrine of Respondeat Superior for the actions of its employees and agents.

24. The FCCPA has three elements that need to be met in order for there to be a violation; the debt must be illegitimate, there must be a threat or attempt to enforce that debt, and there must be knowledge that the debt is illegitimate. Fla. Ann. Stat. § 559.72(9). Davis v. Sheridan Healthcare, Inc., 2D17-1790, 2019 WL 5198669 (Fla. 2d Dist. App. Oct. 16, 2019).

25. Pursuant to §440.13(13)(a) the debt that PALMS attempted to collect from Plaintiff was illegitimate.

26. PALMS had actual knowledge that the debts they were trying to enforce against Plaintiff were illegitimate pursuant to workers comp law.

27. Given all three elements have been clearly met, PALMS violated Fla. Ann. Stat. §559.72(9).

28. As a result of the above violation of the State of Florida Consumer Collection Practices Act, Defendant is liable to Plaintiff for statutory damages, actual damages, and attorney's fees and costs.

## COUNT II
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

29. Plaintiff incorporates the above paragraphs as if fully re-stated herein.

30. The acts and omissions of PHOENIX and its employees and agents as outlined herein constitute a violation of the FDCPA with respect to Plaintiff. These actions by PHOENIX's employees and agents were done in service to PHOENIX and these employees and agents were at all times supervised and under the apparent control of PHOENIX. As such, PHOENIX is vicariously liable under the Doctrine of Respondeat Superior for the actions of its employees and agents.

31. PHOENIX has violated 15 U.S.C. §1692e(2)(A) by falsely representing that Plaintiff owes the Debt when PHOENIX either knew or alternatively should have known prior any such representations that the Debt was not a legitimate debt of Plaintiff's.

32. PHOENIX has violated 15 U.S.C. §1692e(8) by disclosing false information to at least one credit bureau, alleging that Plaintiff owed the alleged debt, when PHOENIX knew or alternatively should have known that Plaintiff did not owe the debt pursuant to §440.13, Florida Statutes, prior to any such disclosure.

33. PHOENIX has violated 15 U.S.C. §1692f(1) by attempting to collect an amount from Plaintiff which was not permitted by law and PHOENIX either knew or alternatively should have known that amount was not permitted by §440.13, Florida Statutes, prior to any such attempts.

34. As a result of the above violations of the FDCPA, PHOENIX is liable to Plaintiff for injunctive and declaratory relief, statutory damages, reasonable attorney's fees, and costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendants for the following:

A. Statutory damages of $1,000 from PALMS pursuant to §559.77, Florida Statutes;
B. Statutory damages of $1,000 from PHOENIX pursuant to 15 U.S.C §1692k(a)(2)(A);
C. Costs and reasonable attorney's fees from Defendants pursuant to §559.77, Florida Statutes and 15 U.S.C §1692k(a)(3);

Respectfully submitted this 25th day of June, 2021.

JASON R. KOBAL, ESQ.
KOBAL LAW, P.A.
12169 W. Linebaugh Ave.
Tampa, FL 33626
813-873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253
Attorney for Plaintiff

# PAYMENT REQUEST

Palms West Hospital
P.O. Box 631546
Louisville, KY 40263

HECTOR CALDERON JR
LOT 459
1531 DREXEL RD
WEST PALM BEACH, FL 33417-4225

| Patient Name: | Hector Jr Calderon |
| --- | --- |
| Account Number: | 111004068 |
| Service Date(s): | 08/10/2020 - 08/19/2020 |
| Statement Date: | 05/04/2021 |

**Contact Us**
Toll Free: 1-800-223-9899 Español: 1-800-891-9922
MON-FRI 8AM-9PM / SAT 9AM-2PM ET

This bill is prepared to provide the patient/responsible party full name, date of birth and mailing address. At exit, may not be received.

| Amount You Owe | Payment Due By |
| --- | --- |
| $1,337.36 | 05/19/21 |

| Total Payment | Current Balance |
| --- | --- |
| $0.00 | $1,337.36 |

The insurance company was billed, leaving an unpaid balance in the amount shown above. Our records indicate the balance is your responsibility. Please send payment in full at this time. If paying by check or money order, please indicate the account number and make payable to Palms West Hospital. In the event you are unable to pay the balance in full, please contact us at 1-800-223-9899 to discuss options for resolving your account.

If you have insurance information to submit, please contact us at 1-800-223-9899.

Primary: NEXT LEVEL ADMINISTR
Secondary: WORK COMP PAT LIAB H

**Payment Options**
- PAY ONLINE at your provider's website
- www.palmswesthospital.com/pay
- PAY BY PHONE at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-223-9899
- MAIL PAYMENT: make payment to the provider below and send with the attached coupon to the payment address specified below

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Please Detach and Return This Portion With Your Payment

PLEASE DETACH THIS COUPON AND RETURN WITH PAYMENT TO ADDRESS BELOW:

PALMS WEST HOSPITAL
P.O. BOX 740771
CINCINNATI, OH 45274-0771

HECTOR CALDERON JR
LOT 459
1531 DREXEL RD
WEST PALM BEACH, FL 33417-4225

| Account Number | 111004068 |
| --- | --- |
| Payment Due Date | 05/19/21 |
| Balance Due | $1,337.36 |
| Payment Amount Enclosed | |
| Statement Date | 05/04/2021 |

Please do not send cash. If paying by check or money order please indicate account number and make payable to:
PALMS WEST HOSPITAL

Credit Card Acceptance (please check one): ☐ VISA ☐ MC ☐ DISC ☐ AMEX

Card Number: _____
Exp. Date: ____
Amount: ____
Cardholder's Signature: _____

CALDERON HEC 000023404677000000133736 3

IOTA CERTIFIED COPY

Exhibit "A"

# PHOENIX FINANCIAL
SERVICES

Physical Address: Phoenix Financial Services LLC
8902 Otis Ave, Ste 103A
Indianapolis IN 46216-1077
Mon-Thu 9am-9pm EST, Fri 9am-5pm EST
855-342-6567
May 24, 2021
Phoenix Account #s see below
Total of Accounts listed: $1422.00

| Phoenix Account # | Original Account # | Creditor | Balance | Date of Medical Service(s) |
|---|---|---|---|---|
| 27807448 | OX0116046885 0748700 | Preservation Park Emergency Physic | $1422.00 | 06/19/20 |

Dear HECTOR CALDERON JR,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The balance(s) on the account(s) for services received from the above referenced creditor(s) have been placed with Phoenix Financial Services LLC for collections.

Please remit the full balance(s).

The above is subject to your rights to validate the above referenced debt(s) on the back of this page.

Phone: 855-342-6567
Our office hours are Mon-Thur 9am-9pm EST and Fri 9am-5pm EST.
Calls to or from this company may be monitored or recorded.
Mailing Address: PO Box 361450, Indianapolis IN 46236-1450
info@phoenixfinancialsvcs.com

**YOUR RIGHTS AS A CONSUMER ARE PROTECTED BY FEDERAL AND STATE LAWS. PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION REGARDING THOSE RIGHTS.**

**PLEASE DETACH BOTTOM PORTION AND RETURN WITH PAYMENT**

RETURN MAIL ADDRESS ONLY
DEPT 123  8289111221053
PO BOX 4115
CONCORD CA  94524

ADDRESS SERVICE REQUESTED

HECTOR CALDERON JR
1531 DREXEL RD LOT 459
WEST PALM BCH FL 33417-4225

| | CREDIT CARD # | EXPIRATION DATE |
|---|---|---|
| ☐ VISA | | |
| ☐ DISCOVER | CARDHOLDER NAME | |
| ☐ MC | CARDHOLDER SIGNATURE | AMOUNT PAID |

Total of Accounts listed: $1422.00
Please reference this number on your check: 27807448

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN  46236-1450

Phoenix Financial Services LLC • 8902 Otis Ave, Ste 103A • Indianapolis, IN 46216-1077 • 855-342-6567